THIS OPINION HAS NO PRECEDENTIAL VALUE

THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Julius David Weathers,       
Appellant.
 
 
 

Appeal From Richland County
James C. Williams, Jr., Circuit Court Judge

Unpublished Opinion No. 2005-UP-233
Submitted April 1, 2005  Filed April 6, 2005

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Tara S. Taggart, of Columbia, for Appellant.
Attorney General Henry D. McMaster, Chief Deputy Attorney General John W. McIntosh, and Assistant Deputy Attorney General Salley W. Elliott, and Solicitor Warren Blair Giese, all of Columbia, for Respondent.
 
 
 

PER CURIAM:  Julius David Weathers was indicted and subsequently convicted for trafficking in cocaine, trafficking in crack cocaine, and possession of a weapon by a person convicted of a crime of violence.  The trial court sentenced him to concurrent terms of 25 years on each trafficking charge and five years on the weapons charge.  On appeal, Weathers argues the trial court erred in failing to grant a directed verdict because the State presented insufficient evidence of his guilt.  Pursuant to Anders v. California, 386 U.S. 738 (1967), Weathers counsel attached a petition to be relieved, stating she reviewed the record and concluded the appeal lacks merit. Weathers did not file a separate pro se brief.
After a thorough review of the record pursuant to Anders and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal and grant counsels petition to be relieved.
 APPEAL DISMISSED.[1]
HEARN, C.J., KITTREDGE, and WILLIAMS, JJ., concur.

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.